# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

**FILED IN OPEN COURT**

ON _____

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:17-CR-91-1BR |
| | ) | |
| Kenneth Preston Blevins | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ___05/01/2017___

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Rhonda Graham Young
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. W. Earl Britt, Senior U.S. District Judge
*Judge's printed name and title*