UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

No. 5:17-CR-91-4BR

vs.

Kenneth Preston Blevins

**ORDER TO SURRENDER**

The defendant in the above-entitled action having been sentenced to the custody of the U.S. Bureau of Prisons and having requested in open court a postponement of the commencement of the sentence heretofore imposed, it is now **ORDERED**:

The defendant, Kenneth Blevins, surrender to the U. S. Bureau of Prisons by reporting:

\_\_\_\_\_ to the U. S. Marshal's Office, Raleigh, NC, as directed;

\_\_\_\_\_ to the U. S. Marshal's Office, Raleigh, NC, on _____;

__X__ to the designated institution on Not before 11/1/17

\_\_\_\_\_ upon notification by the Court or the U.S. Marshal's Service to report.

As a condition of the order, the defendant shall continue to report to the U.S. Probation Office as directed.

9/13/17
Date

_____
Presiding Judge
Judge W. Earl Britt, Senior US District Judge

I have received a copy of this order and agree to report as directed. I understand that if I fail to report, I may be cited for Contempt of Court, and if convicted, may be punished by imprisonment and/or fine or both in addition to the sentence imposed in my case.

_____
Defendant

_____
Counsel for the Defendant

Case 5:17-cr-00091-BR   Document 45   Filed 09/13/17   Page 1 of 1